PROB 12C
(6/16)

Report Date: November 1, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andre New Moon Abrahamson          Case Number: 0980 2:16CR00172-WFN-1

Address of Offender:                                  Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 17, 2017

Original Offense:       Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury
                        18 U.S.C. §§ 113(a)(7) and 1153

Original Sentence:      Prison - 36 months                Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Alison L. Gregoire               Date Supervision Commenced: June 29, 2019

Defense Attorney:       Federal Defenders Office         Date Supervision Expires: June 28, 2022

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You mus  submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On September 30, 2019, Mr. Abrahamson submitted a urine sample which tested positive for methamphetamine and amphetamine. Thereafter, Mr. Abrahamson admitted to this officer, and via a signed document, that he used methamphetamine on September 29, 2019, which is a direct violation of mandatory condition number 3.<br><br>On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions. |
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On October 13, 2019, per Stevens County incident report 1911236, Mr. Abrahamson was cited for misdemeanor driving while license suspended in the third degree, a direct violation of mandatory condition number1. |

Prob12C
**Re: Abrahamson, Andre New Moon**
**November 1, 2019**
**Page 2**

On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

| | | |
|---|---|---|
| 3 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. | |

**Supporting Evidence**: On October 13, 2019, per Stevens County incident report 1911236, Mr. Abrahamson was questioned by a Stevens County deputy and ultimately given a misdemeanor citation. Mr. Abrahamson failed to notify the undersigned officer within 72 hours of this law enforcement contact, which is a direct violation of standard condition number 9.

On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

| | | |
|---|---|---|
| 4 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. | |

**Supporting Evidence**: On October 15, 2019, the undersigned attempted to contact Mr. Abrahamson at his residence and via telephone in which all attempts were unsuccessful. On October 21, 2019, Mr. Abrahamson contacted the undersigned via text message and Mr. Abrahamson acknowledged the undersigned officer's instruction to report to the U.S. Probation Office on October 29, 2019, at 3 p.m. Mr. Abrahamson failed to report to the U.S. Probation Office on October 29, 2019, nor did he contact the undersigned officer in any manner.

On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

| | | |
|---|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. | |

**Supporting Evidence**: On October 10, 2019, per Spokane Tribal Police incident report 19-1014, Mr. Abrahamson is alleged to have lured an individual to his vehicle in which there is a valid and confirmed order for protection identifying Mr. Abrahamson as the respondent. Said order indicates Mr. Abrahamson is restrained from "coming near and having any contact whatsoever" with the aforementioned individual. On October 14, 2019, a warrant was issued in response to this incident and Mr. Abrahamson was arrested on this warrant on October 29, 2019.

On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

6 **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On October 29, 2019, per Spokane Tribal Police report 19-1057, Mr. Abrahamson was arrested on an outstanding warrant and accrued new charges of prohibited use of alcoholic beverages in vehicle and two counts of under the influence, possession, or use of controlled substance, drugs or drug paraphernalia, which is in direct violation of mandatory condition number 1.

Spokane Tribal Police report 19-1057 indicates Mr. Abrahamson was contacted at 3:35 p.m. after he was identified by Spokane Tribal police officers for having a warrant, and upon contact with Mr. Abrahamson in a vehicle, he was observed to have an alcoholic beverage fall from his person where he was sitting. While being booked into custody, it was also revealed that Mr. Abrahamson was in possession of drug paraphernalia and a substance that was given a field test that tested positive for methamphetamine.

On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

7 **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On October 29, 2019, per Spokane Tribal Police report 19-1057, Mr. Abrahamson was in possession of a controlled substance, to wit: methamphetamine, which is a direct violation of mandatory condition number 2. While being book into custody it was also revealed that Mr. Abrahamson was in possession of drug paraphernalia and a substance that was given a field test that tested positive for methamphetamine. It should be noted, Mr. Abrahamson admitted to the arresting officers that the aforementioned substance was "dope."

On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

8 **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On August 21, 2019, Mr. Abrahamson completed a substance abuse evaluation with Camas Path Behavioral Health in which this evaluation recommended Mr. Abrahamson complete a level 1 substance abuse outpatient treatment program. Mr. Abrahamson has failed to commence an outpatient treatment program, which is a direct violation of special condition number 3. On September 30, 2019, Mr. Abrahamson informed the undersigned he would be contacting Camas Path Behavioral Health to commence outpatient treatment.

Prob12C
**Re: Abrahamson, Andre New Moon**
**November 1, 2019**
**Page 4**

> On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

9    **Mandatory Condition # 6**: You must participate in an approved program for domestic violence.

> **Supporting Evidence**: Mr. Abrahamson has failed to participate in a program approved for domestic violence, which is a direct violation of mandatory condition number 6. Since Mr. Abrahamson's term of supervised release commenced, the undersigned and Mr. Abrahamson have spoken at length on multiple occasions about the importance of complying with mandatory condition number 6. On September 30, 2019, Mr. Abrahamson was last provided information about establishments who provide domestic violence services.

> On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/01/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

11/1/2019
Date