PROB 12C
(6/16)

Report Date:  November 8, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Nov 08, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andre New Moon Abrahamson        Case Number: 0980 2:16CR00172-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 17, 2017

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury 18 U.S.C. §§ 113(a)(7) and 1153 |
| Original Sentence: | Prison - 36 months TSR - 36 months |  Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire |  Date Supervision Commenced: June 29, 2019 |
| Defense Attorney: | Federal Defenders Office |  Date Supervision Expires: June 28, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/01/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

**Supporting Evidence**: As noted on the petition filed on November 1, 2019, Mr. Abrahamson was arrested on an outstanding warrant and new charges by the Spokane Tribal Police on October 29, 2019. On November 1, 2019, Mr. Abrahamson posted bond on these charges and was released from Spokane Tribal custody. Upon his release, Mr. Abrahamson has failed to contact and/or notify the undersigned officer of his law enforcement contact within 72 hours, which is a direct violation of standard condition number 9. It should also be noted, Mr. Abrahamson failed to appear for a Spokane Tribal hearing on November 7, 2019, for the aforementioned charges. Mr. Abrahamson's whereabouts are currently unknown.

On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office.  On that date, the mandatory, standard and special conditions of supervised release were reviewed.  Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

**Prob12C**
**Re: Abrahamson, Andre New Moon**
**November 8, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/08/2019
_____

s/Jonathan C. Bot
_____

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

11/8/2019
_____
Date