PROB 12C
(6/16)

Report Date:  March 31, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andre New Moon Abrahamson          Case Number: 0980 2:16CR00172-WFN-1

Address of Offender:                                    Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 17, 2017

Original Offense:       Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury
                        18 U.S.C. §§ 113(a)(7) and 1153

Original Sentence:      Prison - 36 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Alison L. Gregoire          Date Supervision Commenced: June 29, 2019

Defense Attorney:       Federal Defender's Office    Date Supervision Expires: June 28, 2022

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/01/2019 and 11/08/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 11 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On January 13, 2020, Mr. Abrahamson committed the offenses of resisting arrest and possession of drug paraphernalia, a direct violation of mandatory condition number 1.

Specifically, on January 13, 2020, per Spokane Tribal police report number 20-0032, Spokane Tribal officers spotted Mr. Abrahamson and his vehicle, in which they were aware he had active felony warrants. Upon attempting to contact Mr. Abrahamson, he was observed running into the woods.  When officers pursued, they were unable to locate the offender. Thereafter, the officers confirmed with dispatch the aforementioned vehicle was registered to Mr. Abrahamson, and they located drug paraphernalia in plain view of said vehicle, which was ultimately impounded.

On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

Prob12C
**Re: Abrahamson, Andre New Moon**
**March 31, 2020**
**Page 2**

|  |  |  |
|---|---|---|
| 12 | | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On March 20, 2020, Mr. Abrahamson committed the offenses of attempting to elude law enforcement, resisting arrest, possession of drug paraphernalia, and possession of heroin, which is a direct violation of mandatory condition number 1.

Specifically, on March 20, 2020, per Spokane Tribal police report number 20-0213, a Spokane Tribal police officer attempted to conduct a traffic stop on a driver, later identified as Mr. Abrahamson, as the vehicle he was driving was missing the entire front bumper. Upon activating the officer's vehicle's emergency lights, Mr. Abrahamson failed to stop, and reached high rates of speed while sliding out of control around corners, almost going completely off the road. A second police vehicle was able to block Mr. Abrahamson's vehicle, in which Mr. Abrahamson exited his vehicle and ran down a hill failing to obey the officer's commands. Mr. Abrahamson slipped while going down the hill and the officers were ultimately able to detain him. Located on Mr. Abrahamson's person was drug paraphernalia and a substance that tested positive for heroin, which weighed .3 grams. These items were secured as evidence.

On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/31/2020
_____

s/Jonathan C. Bot
_____

Jonathan C. Bot
U.S. Probation Officer

**Prob12C**
**Re: Abrahamson, Andre New Moon**
**March 31, 2020**
**Page 3**

THE COURT ORDERS

[  ]    No Action

[  ]    The Issuance of a Warrant

[  ]    The Issuance of a Summons

[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[  ]    Defendant to appear before the Judge assigned to the case.

[X]    Defendant to appear before the Magistrate Judge.

[  ]    Other

_____
Signature of Judicial Officer

   4/01/2020
_____
Date