PROB 12C
(6/16)

Report Date: April 6, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andre New Moon Abrahamson | Case Number: 0980 2:16CR00172-WFN-1 |
| Address of Offender: | Washington 99040 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 17, 2017

Original Offense:    Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury
18 U.S.C. §§ 113(a)(7) and 1153

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: June 29, 2019 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 28, 2022 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/01/2019, 11/08/2019, and 04/01/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: On March 20, 2020, Mr. Abrahamson was unlawfully in possession of cocaine, methamphetamine, and heroin, which is a direct violation of mandatory condition number 2.

Specifically, on March 20, 2020, per Spokane Tribal police report number 20-0213, Mr. Abrahamson was arrested for attempting to elude law enforcement, resisting arrest, possession of drug paraphernalia, and possession of heroin in which the vehicle he was operating was seized by Spokane Tribal Police. On March 30, 2020, per Spokane Tribal police supplemental report 20-0213, Spokane Tribal police officers applied for, and were approved for, a search warrant on the aforementioned vehicle operated by Mr. Abrahamson on March 20, 2020, in which he was the lone occupant. During the search of Mr. Abrahamson's vehicle, Spokane Tribal officers located crack/cocaine and methamphetamine. On March 20, 2020, heroin was located on Mr. Abrahamson's person. All of the aforementioned suspected controlled substances were given field tests by Spokane Tribal police officers in which they tested positive.

Prob12C
Re: Abrahamson, Andre New Moon
April 6, 2020
Page 2

| | | |
|---|---|---|
| | 14 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: On March 20, 2020, Mr. Abrahamson was in possession of ammunition, a direct violation of standard condition number 10.

Specifically, on March 20, 2020, per Spokane Tribal police report number 20-0213, Mr. Abrahamson was arrested for attempting to elude law enforcement, resisting arrest, possession of drug paraphernalia, and possession of heroin in which the vehicle he was operating was seized by Spokane Tribal Police. On March 30, 2020, per Spokane Tribal police supplemental report 20-0213, Spokane Tribal police officers applied for, and were approved for, a search warrant on the aforementioned vehicle operated by Mr. Abrahamson on March 20, 2020, in which he was the lone occupant. During the search of Mr. Abrahamson's vehicle, Spokane Tribal officers located ammunition, specifically five 22-250 rifle rounds.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/06/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition
       with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

4/6/2020
Date