PROB 12C
(6/16)

Report Date: June 23, 2020

# United States District Court

**for the**

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Andre New Moon Abrahamson          Case Number: 0980 2:16CR00172-WFN-1

Address of Offender:                                                       Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 17, 2017

Original Offense:      Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury
                       18 U.S.C. §§ 113(a)(7) and 1153

Original Sentence:     Prison - 36 months             Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Alison L. Gregoire             Date Supervision Commenced: June 29, 2019

Defense Attorney:      Federal Defender's office      Date Supervision Expires: June 28, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/01/2019, 11/08/2019, 04/01/2020, and 04/08/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On or about March 20, 2020, Mr. Abrahamson committed the federal offense of felon and unlawful user of a controlled substance in possession of ammunition, which is a direct violation of mandatory condition number 1.<br><br>On July 5, 2019, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.<br><br>On June 16, 2020, in the Eastern District of Washington, the grand jury indicted Mr. Abrahamson on the charge of felon and unlawful user of a controlled substance in possession of ammunition, which he committed on or about March 20, 2020. |

Prob12C
**Re: Abrahamson, Andre New Moon**
**June 23, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/23/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

  6/24/2020
Date