PROB 12C
(6/16)

Report Date: August 12, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 12, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andre New Moon Abrahamson          Case Number: 0980 2:16CR00172-TOR-1

Address of Offender: ███████████████████, Wellpinit, Washington 99040

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 17, 2017

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury 18 U.S.C. §§ 113(a)(7) and 1153 | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 6, 2021) | Prison - 14 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: July 21, 2021 |
| Defense Attorney: | Colin D. Prince | Date Supervision Expires: May 20, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.
 | **Supporting Evidence**: It is alleged that Mr. Abrahamson violated his terms of supervised release by consuming alcohol on or about July 26, 2021.
 | On July 27, 2021, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

Prob12C
**Re: Abrahamson, Andre New Moon**
**August 12, 2021**
**Page 2**

On July 27, 2021, Mr. Abrahamson reported to the U.S. Probation Office as directed. It was at that time the undersigned noticed the smell of alcohol emitting from Mr. Abrahamson. He then admitted to the undersigned, and via a signed document, that he consumed alcoholic beverages on the evening of July 26, 2021.

2   **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Abrahamson violated his terms of supervised release by using methamphetamine on or about July 26, 2021.

On July 27, 2021, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On July 27, 2021, Mr. Abrahamson submitted to urinalysis testing which tested presumptive positive for methamphetamine. Thereafter, Mr. Abrahamson admitted to the undersigned, and via a signed document, that he last consumed methamphetamine on July 26, 2021.

3   **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Abrahamson violated his terms of supervised release by using methamphetamine and marijuana on or about July 30, 2021.

On July 27, 2021, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On August 3, 2021, Mr. Abrahamson reported to the U.S. Probation Office as directed, and it was at that time he submitted to urinalysis testing which tested presumptive positive for methamphetamine and marijuana. Thereafter, Mr. Abrahamson admitted to the undersigned, and via a signed document, that he last used methamphetamine and marijuana on or about July 30, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Abrahamson, Andre New Moon**
**August 12, 2021**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/12/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

August 12, 2021
Date