PROB 12C
(6/16)

Report Date: September 1, 2021

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andre New Moon Abrahamson | Case Number: 0980 2:16CR00172-TOR-1 |
| Address of Offender: ███████████████ | Wellpinit, Washington 99040 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 17, 2017

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury 18 U.S.C. §§ 113(a)(7) and 1153 | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 6, 2021) | Prison - 14 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: July 21, 2021 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: May 20, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/12/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 1**: You must not communicate, or otherwise interact, with ALM, either directly or through someone else, without first obtaining the permission of the probation officer. You must not enter the premises or loiter within 1000 feet of the victim's residence or place of employment. |

        **Supporting Evidence**: It is alleged that Mr. Abrahamson violated his terms of supervised release by communicating and/or interacting with ALM in July and August 2021.

        On July 27, 2021, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

Prob12C
**Re: Abrahamson, Andre New Moon**
**September 1, 2021**
**Page 2**

On August 31, 2021, the undersigned received and reviewed an order from a custodianship hearing that took place in the Tribal Court of the Spokane Tribe of Indians on August 31, 2021. The order noted that a minor child informed a case worker with the Spokane Tribe of Indians of Children and Family Services (Tribal DCFS) that Mr. Abrahamson had recently stayed overnight at ALM's residence, approximately 10 times.

After reviewing the custodianship order on August 31, 2021, the undersigned contacted the assigned Tribal DCFS case worker and she confirmed that the minor had informed her Mr. Abrahamson had been to ALM's residence with ALM present since his release on July 21, 2021, up until he entered into inpatient treatment on August 11, 2021. After speaking with the Tribal DCFS caseworker, the undersigned spoke with Mr. Abrahamson via telephone and inquired about his contact with ALM. While initially being evasive, Mr. Abrahamson eventually admitted to being in contact and communicating with ALM since his term of supervised release commenced.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/01/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
September 1, 2021
Date