PROB 12C  
(6/16)

Report Date: December 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andre New Moon Abrahamson        Case Number: 0980 2:16CR00172-TOR-1

Address of Offender:                    Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 17, 2017

Original Offense:         Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury
                          18 U.S.C. §§ 113(a)(7) and 1153

Original Sentence:        Prison - 36 months            Type of Supervision: Supervised Release
                          TSR - 36 months

Revocation Sentence:      Prison - 14 months
(July 6, 2021)            TSR - 22 months

Asst. U.S. Attorney:      Richard R. Barker             Date Supervision Commenced: July 21, 2021

Defense Attorney:         Christina Wong                Date Supervision Expires: May 20, 2023

### PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/12/2021 and 09/01/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

5                       **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

                        **Supporting Evidence**: On December 10, 2021, it is alleged that Mr. Abrahamson violated the terms of his supervised release by committing the offense of fourth degree assault/ domestic violence.

                        On July 27, 2021, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

                        On December 10, 2021, per Airway Heights Police Department (AHPD) report 2021-84016154, an AHPD officer was dispatched to Walmart after a report that a male assaulted

a female, which resulted in the male being assaulted by a group of individuals. Upon arrival, an AHPD officer made contact with the male, identified as Mr. Abrahamson, who had allegedly struck a female. The AHPD officer noted Mr. Abrahamson was in an ambulance and appeared to be under the influence of alcohol. The AHPD officer was informed by Mr. Abrahamson that he was arguing with his girlfriend when he was jumped by various people and sustained injuries. Mr. Abrahamson was eventually transported to a hospital to be evaluated for the injuries he sustained. A witness informed the AHPD officer that after observing a female screaming in the parking lot, he observed Mr. Abrahamson hit the female in the head with a soda bottle and also hit her in the face with his hand. Thereafter, the witness stated Mr. Abrahamson was confronted by a group of unknown people, and he was pushed to the ground and detained until law enforcement arrived.

The alleged female victim departed the Walmart parking lot prior to the arrival of law enforcement. However, the AHPD officer later ascertained the alleged victim was at the Spokane Tribe Casino and eventually made contact with her. The alleged victim told the AHPD officer that she and Mr. Abrahamson were in a dating relationship, and that prior to going to Walmart they stopped at a gas station and Mr. Abrahamson lost $100 cash while he was in the bathroom which made him very angry. The alleged female victim stated that upon arriving at Walmart, Mr. Abrahamson broke the turn signal in her vehicle and threw a single shot alcohol bottle at her, striking her in the head. The AHPD officer noted the female was reluctant to speak about the incident, but noted she sustained injuries, did not want medical attention, and explained that she did not want to be a victim of a crime. Mr. Abrahamson was not taken into custody but was charged with the aforementioned crime of fourth degree assault/ domestic violence.

6      **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Abrahamson violated the conditions of his supervised release by consuming alcoholic beverages on or about December 10, 2021.

On July 27, 2021, Mr. Abrahamson participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Abrahamson signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On December 10, 2021, per AHPD report 2021-84016154, an AHPD officer noted Mr. Abrahamson had the smell of alcohol emitting from his person, his speech was slurred and slow, and that American Medical Response paramedics later advised he had alcohol in his system. On December 13, 2021, the undersigned was contacted by Mr. Abrahamson, as he wanted to report that he was cited for a new criminal offense. The undersigned inquired if Mr. Abrahamson had relapsed, in which he admitted to consuming alcoholic beverages on or about December 10, 2021.

Prob12C
Re: Abrahamson, Andre New Moon
December 14, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

December 14, 2021
Date