PROB 12C
(6/16)

Report Date: February 21, 2023

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andre New Moon Abrahamson    Case Number: 0980 2:16CR00172-TOR-1

Address of Offender: ███████████████    Cusick, Washington 99119

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 17, 2017

Original Offense:    Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(a)(7) and 1153

Original Sentence:    Prison - 36 months;    Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation Sentence:    Prison - 14 months
(July 6, 2021)          TSR - 22 months

Asst. U.S. Attorney:    Daniel Fruchter    Date Supervision Commenced: July 21, 2021

Defense Attorney:    Andrea George    Date Supervision Expires: May 20, 2023

## PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/12/2021, 09/01/2021 and 12/14/2021.

On July 27, 2021, a probation officer reviewed a copy of the conditions of supervision with Mr. Abrahamson as outlined in the judgment and sentence. Mr. Abrahamson signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Andre Abrahamson violated the terms of his supervised release by consuming a controlled substance, marijuana, on or about February 1, 2023. |

Prob12C
**Re: Abrahamson, Andre New Moon**
**February 21, 2023**
**Page 2**

Mr. Abrahamson is enrolled in outpatient substance abuse treatment with Camas Path located in Cusick, Washington, where he is also tested for illicit substances.

On February 1, 2023, he submitted to a urinalysis with Camas. The sample was sent to the lab for testing. A lab report was received and confirmed a positive presence for marijuana.

8  **Special Condition #5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more then 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** It is alleged that Andre Abrahamson violated the terms of his supervised release by consuming alcohol, on or about February 1, 2023.

Mr. Abrahamson is enrolled in outpatient substance abuse treatment with Camas Path located in Cusick, Washington, where he is also tested for alcohol and illicit substances.

On February 1, 2023, he submitted to a urinalysis with Camas. The sample was sent to the lab for testing. A lab report was received and confirmed a positive presence for alcohol.

9  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Andre Abrahamson violated the terms of his supervised release by failing to appear for a random urinalysis, on or about February 15, 2023.

Mr. Abrahamson is enrolled in outpatient substance abuse treatment with Camas Path located in Cusick, Washington, where he is also tested for illicit substances. He is expected to call their drug testing line daily to determine if he is expected to report for drug testing. Camas Path reported that Mr. Abrahamson failed to appear for a random urinalysis on February 15, 2023.

10  **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter in to and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare at the direction of your supervising officer. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** It is alleged that Andre Abrahamson violated the terms of his supervised release by failing to attend substance abuse treatment, on or about January 30 and February 13, 2023.

Prob12C
Re: Abrahamson, Andre New Moon
February 21, 2023
Page 3

        Mr. Abrahamson is enrolled in outpatient substance abuse treatment with Camas Path located in Cusick, Washington. He is currently expected to attend substance abuse group sessions on Mondays. Camas Path advised he failed to attend group on January 30 and February 13, 2023.

11       **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Andre Abrahamson violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about February 15, 2023.

        On February 16, 2023, Mr. Abrahamson reported to the United States Probation Office. He submitted to a urinalysis that tested presumptive positive for methamphetamine. He admitted to use and signed a drug use admission form indicating he used methamphetamine on February 15, 2023.

The U.S. Probation Office respectfully recommends the Court incorporate the violations and issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/21/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

February 21, 2023
Date