PROB 12C
(6/16)

Report Date: March 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andre New Moon Abrahamson      Case Number: 0980 2:16CR00172-TOR-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 17, 2017

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(a)(7) and 1153 |
| Original Sentence: | Prison - 36 months   Type of Supervision: Supervised Release
                     TSR - 36 months |
| Revocation Sentence: (July 6, 2021) | Prison - 14 months
                       TSR - 22 months |
| Asst. U.S. Attorney: | Richard Barker   Date Supervision Commenced: July 21, 2021 |
| Defense Attorney: | Federal Defenders Office   Date Supervision Expires: May 20, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/12/2021, 9/1/2021, 12/14/2021, 2/21/2023, and 3/2/2023.

On July 27, 2021, a probation officer reviewed a copy of the conditions of supervision with Mr. Abrahamson as outlined in the judgment and sentence. Mr. Abrahamson signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 17 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.
       **Supporting Evidence**: It is alleged that Andre Abrahamson violated the terms of supervised release by committing the offense of prisoner in possession of a controlled substance, on or about March 3, 2023.
       On March 3, 2023, Andre Abrahamson reported to the U.S. Probation Office. A warrant had previously been issued for his arrest; therefore, the U.S. Marshals Service responded, placed him into custody, and transported him to the Spokane County Jail. |

Prob12C
**Re: Abrahamson, Andre New Moon**
**March 7, 2023**
**Page 2**

    During the jail booking process, Mr. Abrahamson was found to have a small balloon like item in his mouth, which appeared similar to a finger tip of a blue latex glove, and contained a small rock like substance. Mr. Abrahamson was questioned about the item and he advised it was methamphetamine.

    The Spokane County Sheriff's Office was contacted. The deputy field tested the substance and a presumptive positive result for methamphetamine was received.

    Probable cause was developed to arrest Mr. Abrahamson for prisoner in possession of a controlled substance. Due to Mr. Abrahamson being on a U.S. Marshals hold, the officer could not book him on the new charge; therefore, he submitted a request for felony warrant on the noted charge.

18    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

    **Supporting Evidence**: It is alleged that Andre Abrahamson violated the terms of his supervised release by possessing a controlled substance, methamphetamine, on or about March 3, 2023.

    On March 3, 2023, Andre Abrahamson reported to the U.S. Probation Office. A warrant had previously been issued for his arrest; therefore, the U.S. Marshals Service responded, placed him into custody, and transported him to the Spokane County Jail.

    During the jail booking process, Mr. Abrahamson was found to have a small balloon like item in his mouth, which appeared similar to a finger tip of a blue latex glove, and contained a small rock like substance. Mr. Abrahamson was questioned about the item and he advised it was methamphetamine.

    The Spokane County Sheriff's Office was contacted. The deputy field tested the substance and a presumptive positive result for methamphetamine was received.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 03/07/2023 |
|---|---|
| | s/Melissa Hanson |
| | Melissa Hanson |
| | U.S. Probation Officer |

Prob12C
Re: Abrahamson, Andre New Moon
March 7, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge
March 8, 2023
Date