PROB 12C
(6/16)

Report Date: March 13, 2023

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

**Mar 13, 2023**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andre New Moon Abrahamson | Case Number: 0980 2:16CR00172-TOR-1 |
| Address of Offender: Spokane County Jail | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: May 17, 2017 | |
| Original Offense: | Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(a)(7) and 1153 |
| Original Sentence: Prison - 36 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 6, 2021) Prison - 14 months TSR - 22 months | |
| Asst. U.S. Attorney: Richard Barker | Date Supervision Commenced: July 21, 2021 |
| Defense Attorney: Carter Liam Powers Beggs | Date Supervision Expires: May 20, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/12/2021, 9/1/2021, 12/14/2021, 2/21/2023, 3/2/2023, and 3/7/2023.

On July 27, 2021, a probation officer reviewed a copy of the conditions of supervision with Mr. Abrahamson as outlined in the judgment and sentence. Mr. Abrahamson signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 19 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Andre Abrahamson violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about March 3, 2023. |

Prob12C
**Re: Abrahamson, Andre New Moon**
**March 13, 2023**
**Page 2**

On March 3, 2023, Mr. Abrahamson reported to the United States Probation Office. He submitted to a urinalysis that tested presumptive positive for methamphetamine. Mr. Abrahamson denied use since February 15, 2023, which is noted in alleged violation number 11 in the petition submitted to the Court on February 21, 2023. The sample was sent to the lab for additional testing.

A lab report was received and confirmed a positive presence for methamphetamine. This positive result is not consistent with a last date of use of February 15, 2023.

20      **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Andre Abrahamson violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about March 3, 2023.

On March 3, 2023, Mr. Abrahamson reported to the United States Probation Office. He submitted to a urinalysis that tested presumptive positive for Fentanyl. Mr. Abrahamson denied use. The sample was sent to the lab for additional testing.

A lab report was received and confirmed a positive presence for Fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/13/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Abrahamson, Andre New Moon**
**March 13, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X] Other: *The Revocation of Supervised Release Hearing scheduled for 4/12/2023 remains set.*

_____
Thomas O. Rice
United States District Judge
March 13, 2023
Date