PROB 12C
(6/16)

Report Date: July 5, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Andre New Moon Abrahamson          Case Number: 0980 2:16CR00172-TOR-1

Address of Offender: ███████████████ Cusik, Washington 99119

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 17, 2017

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation - Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(a)(7) and 1153 |
| Original Sentence: | Prison - 36 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 6, 2021) | Prison - 14 months TSR - 22 months |
| Revocation Sentence: (May 17, 2023) | Prison - 81 days TSR - 16 months |
| Asst. U.S. Attorney: | Richard R. Barker |
| | Date Supervision Commenced: May 22, 2023 |
| Defense Attorney: | Nicolas V. Vieth |
| | Date Supervision Expires: September 21, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On May 22, 2023, a probation officer reviewed a copy of the conditions of supervision with Mr. Abrahamson as outlined in the judgment and sentence. Mr. Abrahamson signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. Abrahamson is in violation of his conditions of supervised release by committing Second Degree Criminal Trespass, R.C.W. 9A.56.065, and Attempted Theft of a Motor Vehicle, R.C.W. 9A.52.080, in Stevens County, Washington, on or about July 3, 2023. |

Prob12C
Re: Abrahamson, Andre New Moon
July 5, 2023
Page 2

According to a police report filed by the Stevens County Sheriff's Office, incident number 2307420, a Stevens County deputy was called out to a suspicious person call at approximately 6 a.m., on July 3, 2023. The reporting party said there were two males at the residence threatening to come inside the house. The victim stated that they told the suspects to leave several times, however, the suspects refused. The victim stated Mr. Abrahamson became aggressive and tried to fight the victim so he went inside his house and locked the door. Mr. Abrahamson then got into the victim's vehicle and tried to drive off, but he could not drive a manual transmission and the vehicle kept stalling. Mr. Abrahamson took the keys out of the victim's truck and left in the vehicle they arrived in.

The Stevens County deputy was able to track down the suspects and activated the emergency lights to his police vehicle, however, the car failed to stop. The vehicle finally stopped at a residence, and Mr. Abrahamson was detained along with another individual.

Post Miranda warnings and waiver, Mr. Abrahamson refused to talk; however, during the interview of the second suspect, Mr. Abrahamson spoke up and freely stated he went to the victim's house looking for "a guy" who owed him "something." Mr. Abrahamson stated that he did everything and the other individual had nothing to do with it, and he was trying to get back "what was his." When questioned, he denied having the keys to the victim's truck; however, the victim's vehicle keys were sitting in the cup holder of Mr. Abrahamson's vehicle in plain view.

Mr. Abrahamson was arrested for attempted theft of a motor vehicle and criminal trespass. The other individual with Mr. Abrahamson went inside the residence after the traffic stop, jumped out the back window and ran because he had a misdemeanor warrant.

2  **Special Condition #5:** You must not enter into or remain in any establishment where alcohol is the primary item for sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** It is alleged Mr. Abrahamson is in violation of his conditions of supervised release by consuming alcohol on or about July 3, 2023.

On July 3, 2023, the undersigned officer spoke with a deputy with the Stevens County Sheriff's Office. When questioned if Mr. Abrahamson was under the influence of drugs or alcohol at the time of his arrest, the deputy confirmed and stated he was "hammered." In addition, the police report filed by the Stevens County Sheriff's Office stated that Mr. Abrahamson was "clearly intoxicated."

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Abrahamson, Andre New Moon
July 5, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 5, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

July 5, 2023

Date